# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0954

VERSUS

RANDOLPH ARD

**NOVEMBER 19, 2020**

---

In Re:     Randolph Ard, applying for supervisory writs, 21st
           Judicial District Court, Parish of Tangipahoa, No.
           1003312.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM
GH
AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT